FRCP # 60-B

Page 2

PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF
HABEAS CORPUS BY A PERSON IN STATE CUSTODY

FILED
2008 FEB 25 PM 3:41
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| United States District Court | District Southern |
|---|---|
| Name (under which you were convicted): JIMMIE STEPHEN | Docket or Case No.: '08 CV 0357 LAB BLM |
| Place of Confinement: CMC - P.O. Box 8101 - San Luis Obispo CA | Prisoner No.: C56483 |
| Petitioner (include the name under which you were convicted) STEPHEN | Respondent (authorized person having custody of petitioner) v. HERNANDEZ IRS Lacy Rhodes "SHEAL" Ecf - (A. Loomis IRS) |
| The Attorney General of the State of CALIFORNIA | |

2254 ✓   1983 ✓
FILING FEE PAID   Yes___ No ✓
IFP MOTION FILED   Yes___ No ✓
COPIES SENT TO
Court ✓   ProSe___

PETITION

1. (a) Name and location of court that entered the judgment of conviction you are challenging: San Diego USA Court - Southern District (93-5032-93-1943)
   (b) Criminal docket or case number (if you know): CD-06-1054-06-0171-07-2112

2. (a) Date of the judgment of conviction (if you know): 8-30-06-4-11-06-12-13-07-1-11-95 Ecf
   (b) Date of sentencing: NA

3. Length of sentence: NA

4. In this case, were you convicted on more than one count or of more than one crime? Yes ☐ No NA

5. Identify all crimes of which you were convicted and sentenced in this case: 42 USC 1983 or "Klu Klux Klan Act of 1871" 28 USC 1367.

6. (a) What was your plea? (Check one)
   (1) Not guilty ☐       (3) Nolo contendere (no contest) ☐
   (2) Guilty ☐    NA    (4) Insanity plea ☐

   (b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to?
   
   NA

"School Dist TJ v Camas INC" 5, F3d, 1255 (9th 1993)..
"Erickson J Pardus" 127, SCt 2197 (2007)..

_____
_____

    (c) If you went to trial, what kind of trial did you have? (Check one)
        Jury ❑      Judge only ❑    N/A

7. Did you testify at a pretrial hearing, trial, or a post-trial hearing?
    Yes ❑  No ❑    N/A

8. Did you appeal from the judgment of conviction?
    Yes ❑  No ❑    N/A

9. If you did appeal, answer the following:  N/A
    (a) Name of court: _____
    (b) Docket or case number (if you know): _____
    (c) Result: _____
    (d) Date of result (if you know): _____
    (e) Citation to the case (if you know): _____
    (f) Grounds raised: _____
_____
_____
_____
_____

    (g) Did you seek further review by a higher state court?  Yes ❑  No ❑  N/A
        If yes, answer the following:
        (1) Name of court: _____
        (2) Docket or case number (if you know): _____
        (3) Result: _____
_____
        (4) Date of result (if you know): _____
        (5) Citation to the case (if you know): _____
        (6) Grounds raised: _____
_____
_____
_____

    (h) Did you file a petition for certiorari in the United States Supreme Court?  Yes ❑  No ❑
        If yes, answer the following:  N/A
        (1) Docket or case number (if you know): _____

Page 4

(2) Result: _N/A_

(3) Date of result (if you know): _____

(4) Citation to the case (if you know): _____

10. Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning this judgment of conviction in any state court?
    Yes ☐  No ☐    _N/A_

11. If your answer to Question 10 was "Yes," give the following information:
    (a) (1) Name of court: _____
        (2) Docket or case number (if you know): _____
        (3) Date of filing (if you know): _N/A_
        (4) Nature of the proceeding: _____
        (5) Grounds raised: _____

        _____
        _____
        _____
        _____
        _____
        _____
        _____
        _____

        (6) Did you receive a hearing where evidence was given on your petition, application, or motion?    Yes ☐  No ☑    _N/A_
        (7) Result: _____
        (8) Date of result (if you know): _____

    (b) If you filed any second petition, application, or motion, give the same information:
        (1) Name of court: _____
        (2) Docket or case number (if you know): _____
        (3) Date of filing (if you know): _____
        (4) Nature of the proceeding: _____
        (5) Grounds raised: _____
        _N/A_
        _____
        _____
        _____

_____
_____ N/A _____
_____

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?   Yes ☐   No ☒
(7) Result: _____ N/A _____
(8) Date of result (if you know): _____

(c) If you filed any third petition, application, or motion, give the same information:
  (1) Name of court: _____
  (2) Docket or case number (if you know): _____
  (3) Date of filing (if you know): _____
  (4) Nature of the proceeding: _____
  (5) Grounds raised: _____

_____
_____
_____
_____
_____
_____
_____

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?   Yes ☐   No ☐
(7) Result: _____ N/A _____
(8) Date of result (if you know): _____

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion?
  (1) First petition:   Yes ☐   No ☐
  (2) Second petition:  Yes ☐   No ☐
  (3) Third petition:   Yes ☐   No ☐

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not:
_____ N/A _____
_____

12. For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the <u>facts</u> supporting each ground.

CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.   FRCP#60-B..

GROUND ONE: IN PRIOR "3-STRIKE" CASE UNDER 42.USC.1983 formally "KU KLUX KLAN Act" of "1871".. Local Rule# 7.1/(i)(L)

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
A PARTY may apply for Reconsideration whenever any motion or any application has been made by "JUDGE" IN CV-06-1054-LAB the Court made "CLEAR ERROR" upon its Ruling of 8-30-06 Ect under FRCP#60-B.. AS "Willful Error" mistake" AS to "28.USC.1915" used AS "Strike" WHEN Or "ONGOING INJURIES" EXIST.. FRCP#8-A-2 Willfully "Not Applied"..

(b) If you did not exhaust your state remedies on Ground One, explain why: N/A

(c) Direct Appeal of Ground One:
    (1) If you appealed from the judgment of conviction, did you raise this issue?
        Yes ☐   No ☐   N/A
    (2) If you did <u>not</u> raise this issue in your direct appeal, explain why: N/A

(d) Post-Conviction Proceedings:
    (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?         Yes ☐ / No ☐  N/A
    (2) If your answer to Question (d)(1) is "Yes," state:
    Type of motion or petition: N/A
    Name and location of the court where the motion or petition was filed: 

"ERICKSON v PARDUS" 127.SCt.2197(2007)..
    FRCP#8-A-2 must be applied..

Page 7

Docket or case number (if you know): ___N/A___

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): ___N/A___

(3) Did you receive a hearing on your motion or petition?

Yes ☐  No ☐  N/A

(4) Did you appeal from the denial of your motion or petition?

Yes ☐  No ☐  N/A

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

Yes ☐  No ☐  N/A

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: ___N/A___

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: ___N/A___

(e) Other Remedies: Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground One: _____

GROUND TWO: CD-06-0171-L USED AS "Strike" under 28 USC 1915 IS WILLFUL "ERROR" and Violation of FRCP # 8-A-2.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
Under "Pardus" 127, SCt. 2197 this is Willful Error of 4-11-06. A Short and Plain Statement of the Claims Showing Petitioner Entitled to Relief. This is "Error" under "Pardus" 127, SCt. 2197..

_____
_____ NA _____
_____

(b) If you did not exhaust your state remedies on Ground Two, explain why: _____

_____ NA _____
_____

(c) Direct Appeal of Ground Two:

(1) If you appealed from the judgment of conviction, did you raise this issue?
Yes ❑   No ❑      NA

(2) If you did <u>not</u> raise this issue in your direct appeal, explain why: _____

_____ NA _____

(d) Post-Conviction Proceedings:

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?
Yes ❑   No ❑      NA

(2) If your answer to Question (d)(1) is "Yes," state:        NA

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

Docket or case number (if you know): _____   NA

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

(3) Did you receive a hearing on your motion or petition?   NA
Yes ❑   No ❑

(4) Did you appeal from the denial of your motion or petition?
Yes ❑   No ❑

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?
Yes ❑   No ❑

(6) If your answer to Question (d)(4) is "Yes," state:       NA

Name and location of the court where the appeal was filed: _____

Docket or case number (if you know): _____ N/A _____

Date of the court's decision: _____ N/A _____

Result (attach a copy of the court's opinion or order, if available): _____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: _____ N/A _____

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Two: _____ N/A _____

GROUND THREE: IN CO-07-2112-LAB "28. USC. 1915" WILLFULLY RULED UPON "IMMUNITY" to "IRS" AND "A. LOVATO" IS

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): "ERROR" AND "USED AS STRIKE" WILLFULLY ON 12-13-07 AS "IMMUNITY IS NOT A STRIKE".. AS THE COURT RULED THE "IRS" CANNOT BE SUED.. AS COMPLAINT STATED THE "IRS" WILLFULLY "HARASSED" WITH-OUT CAUSE WHEN PETITIONER IN PRISON SINCE 1989..

(b) If you did not exhaust your state remedies on Ground Three, explain why: _____ N/A _____

(c) **Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue?
Yes ☐  No ☐   N/A

(2) If you did **not** raise this issue in your direct appeal, explain why: _____ N/A _____

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?   Yes ☐   No ☐   N/A

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _____ N/A _____

Name and location of the court where the motion or petition was filed: _____ N/A _____

Docket or case number (if you know): _____ N/A _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____ N/A _____

(3) Did you receive a hearing on your motion or petition?
   Yes ☐   No ☐   N/A

(4) Did you appeal from the denial of your motion or petition?
   Yes ☐   No ☐   N/A

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?
   Yes ☐   No ☐   N/A

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____ N/A _____

Docket or case number (if you know): _____

Date of the court's decision: _____ N/A _____

Result (attach a copy of the court's opinion or order, if available): _____ N/A _____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: _____ N/A _____

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Three: _____ N/A _____

GROUND FOUR: CD-93-5032-WMB AND CD-93-1963-R USED AS "Strike" is willful error mistake. UNDER FRCP #8-A-2.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
UNDER "PARDOS" 127. SCt. 2197 WHEN DEFENDANT APPEALED "DR. ZULFACAR" FOR SERIOUS MEDICAL DENIAL AND "VACATED AND REMANDED" DATED 1-11-95 # 94-56041. IN CD-93-1963-R.
UNDER 28 USC. 1915 "this is "ERROR" to USE these CASES AS "STRIKES"
IN CD-93-5032-WMB ALSO "ERROR" IN "CRIMINAL CASE" UNDER FRCP # 8-A-2.

(b) If you did not exhaust your state remedies on Ground Four, explain why: N/A

(c) **Direct Appeal of Ground Four:**
   (1) If you appealed from the judgment of conviction, did you raise this issue?
       Yes ☐ No ☐     N/A
   (2) If you did not raise this issue in your direct appeal, explain why: N/A

(d) **Post-Conviction Proceedings:**
   (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?     Yes ☐ No ☐
   (2) If your answer to Question (d)(1) is "Yes," state:     N/A
   Type of motion or petition: _____
   Name and location of the court where the motion or petition was filed: _____
   Docket or case number (if you know): _____
   Date of the court's decision: _____
   Result (attach a copy of the court's opinion or order, if available): N/A

   (3) Did you receive a hearing on your motion or petition?
       Yes ☐ No ☐     N/A
   (4) Did you appeal from the denial of your motion or petition?
       Yes ☐ No ☐     N/A

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?
Yes ☐  No ☒  N/A

(6) If your answer to Question (d)(4) is "Yes," state:
Name and location of the court where the appeal was filed: N/A

Docket or case number (if you know): _____
Date of the court's decision: _____
Result (attach a copy of the court's opinion or order, if available): _____

N/A

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: _____

N/A

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Four: _____

N/A

13. Please answer these additional questions about the petition you are filing:

   (a) Have all grounds for relief that you have raised in this petition been presented to the highest state court having jurisdiction?   Yes ☐  No ☒  N/A
   If your answer is "No," state which grounds have not been so presented and give your reason(s) for not presenting them: _____

   N/A

   (b) Is there any ground in this petition that has not been presented in some state or federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them: _____

   N/A

14. Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction that you challenge in this petition?    Yes ☐  No ☐  N/A

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, the issues raised, the date of the court's decision, and the result for each petition, application, or motion filed. Attach a copy of any court opinion or order, if available. _____

N/A
_____
_____
_____
_____

15. Do you have any petition or appeal <u>now pending</u> (filed and not decided yet) in any court, either state or federal, for the judgment you are challenging?    Yes ❑    No ☒  N/A

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised. _____

N/A
_____

16. Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At preliminary hearing: _____ N/A

(b) At arraignment and plea: _____

(c) At trial: _____

(d) At sentencing: _____

(e) On appeal: _____

(f) In any post-conviction proceeding: _____

(g) On appeal from any ruling against you in a post-conviction proceeding: N/A

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?    Yes ❑    No ☒  N/A

(a) If so, give name and location of court that imposed the other sentence you will serve in the future: __N/A__

(b) Give the date the other sentence was imposed: __N/A__
(c) Give the length of the other sentence: __N/A__
(d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the future?   Yes ☐   No ☐   N/A

18. TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.*  __N/A__

PCP #60-B.

---

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d) provides in part that:

(1) A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court. The limitation period shall run from the latest of —

(continued...)

Page 15

Therefore, petitioner asks that the Court grant the following relief: **"Strike" 3 Strikes under 28 USC-1915.. in all 5 cases, as willful errors..**

or any other relief to which petitioner may be entitled.

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on **2-21-08** (month, date, year).

Executed (signed) on **2-21-08** (date).

_____
Signature of Petitioner

---

*(...continued)
  (A) the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;
  (B) the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such state action;
  (C) the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or
  (D) the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.
(2) The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition. _____ Same _____

IN FORMA PAUPERIS DECLARATION

_____

[Insert appropriate court]

* * * * *

USDC-Southern District as Petitioner Jimmie Stephen is Indigent without monies to present viable 42 USC 1983 Claims for access to court..

under "Bounds v Smith" 430. US. 817 (1977).

"Biggs v Terhune" 334. f3D. 910 (9th 2004)..

True names fraud or contempt

DATE 2-21-08

JS44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

**I (a) PLAINTIFFS**

Jimmie Stephen

DEFENDANTS

Hernandez, et al.

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** San Luis Obispo
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**

Jimmie Stephen
PO Box 8101
San Luis Obispo, CA 93409
C-56483

ATTORNEYS (IF KNOWN)

'08 CV 0357 LAB BLM

**II. BASIS OF JURISDICTION (PLACE AN x IN ONE BOX ONLY)**

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)** (For Diversity Cases Only)

|  | PT | DEF |  | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐1 | ☐1 | Incorporated or Principal Place of Business in This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business in Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

**IV. CAUSE OF ACTION** (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).

28 U.S.C. 2254

**V. NATURE OF SUIT (PLACE AN X IN ONE BOX ONLY)**

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| | PERSONAL INJURY | PERSONAL INJURY | | | |
| ☐ 110 Insurance | ☐ 310 Airplane | ☐ 362 Personal Injury- Medical Malpractice | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reappointment |
| ☐ Marine | ☐ 315 Airplane Product Liability | | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC881 | PROPERTY RIGHTS | ☐ 430 Banks and Banking |
| ☐ Negotiable Instrument | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | ☐ 820 Copyrights | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | | | ☐ 640 RR & Truck | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | PERSONAL PROPERTY | ☐ 650 Airline Regs | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | SOCIAL SECURITY | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veterans Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | ☐ 861 HIA (13958) | ☐ 850 Securities/Commodities Exchange |
| | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | LABOR | ☐ 862 Black Lung (923) | |
| ☐ 160 Stockholders Suits | | | ☐ 710 Fair Labor Standards Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 875 Customer Challenge 12 USC |
| ☐ Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | | FEDERAL TAX SUITS | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 740 Railway Labor Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | | ☐ 790 Other Labor Litigation | ☐ 871 IRS - Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectmant | ☐ 443 Housing/Accommodations | ☒ 530 General | ☐ 791 Empl. Ret. Inc. | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Tort to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | ☐ Security Act | | ☐ 950 Constitutionality of State |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights | | | |

**VI. ORIGIN (PLACE AN X IN ONE BOX ONLY)**

☒ 1 Original Proceeding  ☐ 2 Removal from State Court  ☐ 3 Remanded from Appelate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ 6 Multidistrict Litigation  ☐ 7 Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23

DEMAND $   Check YES only if demanded in complaint: JURY DEMAND: ☐ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY** (See Instructions): JUDGE   Docket Number

DATE February 25, 2008   SIGNATURE OF ATTORNEY OF RECORD