UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMIE STEPHEN,<br><br>                            Petitioner,<br><br>         v.<br><br>HERNANDEZ, et al.,<br><br>                            Respondents. | Civil No.   08cv0357-LAB (BLM)<br><br>**ORDER GRANTING APPLICATION<br>TO PROCEED IN FORMA PAUPERIS** |

On February 25, 2008, Petitioner, a state prisoner proceeding pro se, filed a Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254. Petitioner neither paid the filing fee nor filed a request to proceed in forma pauperis. In addition to failing to satisfy the filing fee requirement, the Petition failed to state a cognizable claim, failed to allege exhaustion of state court remedies, and failed to name a proper respondent. On February 29, 2008, the Court dismissed this action without prejudice to Petitioner to file a First Amended Petition in an attempt to cure those pleading defects. Petitioner was instructed that in order to proceed with this action he had to satisfy the filing fee requirement <u>and</u> file a First Amended Petition on or before April 15, 2008.

Petitioner has now filed an application to proceed in forma puaperis but has not filed an amended petition. A review of Petitioner's in forma pauperis application indicates that he has no funds on account at the California correctional institution in which he is presently confined,

1 | and cannot afford the $5.00 filing fee. Thus, the Court **GRANTS** Petitioner's application to
2 | proceed in forma pauperis, and allows Petitioner to prosecute the above-referenced action as a
3 | poor person without being required to prepay fees or costs and without being required to post
4 | security. However, for the reasons set forth in this Court's previous Order of dismissal, this
5 | action remains **DISMISSED** without prejudice to Petitioner to file a First Amended Petition on
6 | or before **April 15, 2008**.

    **IT IS SO ORDERED.**

DATED: March 6, 2008

*Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge